BUCHALTER
A Professional Corporation
JASON E. GOLDSTEIN (SBN: 207481)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
E-mail: jgoldstein@buchalter.com

Attorneys for Defendants BUDGET FINANCE COMPANY, BUDGET CAPITAL CORPORATION, BUDGET FUNDING I, LLC, BUDGET MORTGAGE CORP., MONROE ACCEPTANCE COMPANY, INC., SHELDON J. COHN, NOAH FURIE, ELIZABETH TELLEZ and BUCHALTER, A PROFESSIONAL CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY KIZLER, an individual; TYRONE J. BLAKE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BUDGET FINANCE COMPANY; BUDGET CAPITAL CORPORATION; BUDGET FUNDING I, LLC; BUDGET MORTGAGE CORP.; MONROE ACCEPTANCE COMPANY, INC.; SHELDON J. COHN; NOAH FURIE; ELIZABETH TELLEZ; BUCHALTER, APC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00296<br><br>**DEFENDANTS BUDGET FINANCE COMPANY'S AND NOAH FURIE'S NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND CAUSE OF ACTION IN THE FIRST AMENDED COMPLAINT**<br><br>[Memorandum of Points and Authorities and (Proposed) Order filed concurrently herewith]<br><br>Date:       June 29, 2020<br>Time:      8:30 a.m.<br>Courtroom: 9D<br>Judge:     Honorable David O. Carter |

**TO THE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** on June 29, 2020, at 8:30 a.m. in Courtroom 9D of the above entitled Court located at 411 West Fourth Street, Santa Ana, California 92701, Defendants Budget Finance Company ("Budget") and Noah

BN 40682787v1

1

DEFENDANTS BUDGET FINANCE COMPANY'S AND NOAH FURIE'S
NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND CAUSE
OF ACTION IN THE FIRST AMENDED COMPLAINT

Case No.: 5:20-cv-00296

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

Furie ("Mr. Furie") will and hereby do move this Court for an order dismissing the second cause of action for "actual fraud" in the First Amended Complaint of Plaintiffs Melody Kizler ("Ms. Kizler") and Tyrone J. Blake ("Mr. Blake") (sometimes jointly termed, "Plaintiffs").

This motion is based on Federal Rules of Civil Procedure 9(b) and 12(b)(6) because the second cause of action for "actual fraud" in Plaintiffs' First Amended Complaint fails to state a claim upon which relief can be granted against Budget and Mr. Furie because:

1. The second cause of action for "actual fraud" fails to state facts sufficient to constitute any claim for relief against Budget and Mr. Furie.

This motion is based upon this notice, the concurrently filed memorandum of points and authorities and upon such further evidence and argument as may be presented at the time of the hearing.

DATED: May 26, 2020

BUCHALTER
A Professional Corporation

By: _____
JASON E. GOLDSTEIN
Attorneys for Defendants
BUDGET FINANCE COMPANY, BUDGET CAPITAL CORPORATION, BUDGET FUNDING I, LLC, BUDGET MORTGAGE CORP., MONROE ACCEPTANCE COMPANY, INC., SHELDON J. COHN, NOAH FURIE, ELIZABETH TELLEZ and BUCHALTER, A PROFESSIONAL CORPORATION

BN 40682787v1

2

DEFENDANTS BUDGET FINANCE COMPANY'S AND NOAH FURIE'S NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND CAUSE OF ACTION IN THE FIRST AMENDED COMPLAINT

Case No.: 5:20-cv-00296

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE