```
 1  BUCHALTER
    A Professional Corporation
 2  JASON E. GOLDSTEIN (SBN: 207481)
    18400 Von Karman Avenue, Suite 800
 3  Irvine, CA 92612-0514
    Telephone: 949.760.1121
 4  Fax: 949.720.0182
    E-mail: jgoldstein@buchalter.com
 5
    Attorneys for Defendants BUDGET FINANCE COMPANY and BUDGET
 6  FUNDING I, LLC
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MELODY KIZLER, an individual; TYRONE J. BLAKE, an individual, | Case No. 5:20-cv-00296 |
|---|---|
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| BUDGET FINANCE COMPANY; BUDGET CAPITAL CORPORATION; BUDGET FUNDING I, LLC; BUDGET MORTGAGE CORP.; MONROE ACCEPTANCE COMPANY, INC.; SHELDON J. COHN; NOAH FURIE; ELIZABETH TELLEZ; BUCHALTER, APC; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Plaintiffs Tyrone J. Blake ("Mr. Blake") and Melody Kizler (jointly termed, "Plaintiffs"), by and through themselves, and Defendants Budget Finance Company and Budget Funding I, LLC ("Defendants"), by and through their attorney, Jason E. Goldstein, hereby provide the Court with notice that the Plaintiffs and Defendants have agreed upon the terms of a settlement which will result in, among other things, the modification of the subject loan, the removal Mr. Blake as a party to the loan and result in the dismissal of this action, with prejudice.

Plaintiffs and Defendants therefore jointly request that the Court take the current trial date off-calendar and set an Order To Show Cause re Settlement hearing.

DATED: July 7, 2021

By: _____
TYRONE J. BLAKE
Plaintiff in Pro Per

DATED: July 7, 2021

By: _____
MELODY KIZLER
Plaintiff in Pro Per

DATED: July 7, 2021

BUCHALTER
A Professional Corporation

By: _____
JASON E. GOLDSTEIN
Attorneys for Defendants
BUDGET FINANCE COMPANY and
BUDGET FUNDING I, LLC

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 46152205v1

2

JOINT RULE 26(F) REPORT

Case No.: 5:20-cv-00296