BUCHALTER
A Professional Corporation
JASON E. GOLDSTEIN (SBN: 207481)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
E-mail: jgoldstein@buchalter.com

Attorneys for Defendants BUDGET FINANCE COMPANY and BUDGET FUNDING I, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY KIZLER, an individual; TYRONE J. BLAKE, an individual, | Case No. 5:20-cv-00296 |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| BUDGET FINANCE COMPANY; BUDGET CAPITAL CORPORATION; BUDGET FUNDING I, LLC; BUDGET MORTGAGE CORP.; MONROE ACCEPTANCE COMPANY, INC.; SHELDON J. COHN; NOAH FURIE; ELIZABETH TELLEZ; BUCHALTER, APC; and DOES 1 to 10, inclusive, | |
| Defendants. | |

BUCHALTER
A Professional Corporation
Irvine

**IT IS HEREBY STIPULATED** by and between Plaintiffs Tyrone J. Blake and Melody Kizler (jointly termed, "Plaintiffs"), by and through themselves, and Defendants Budget Finance Company and Budget Funding I, LLC (jointly termed, "Defendants"), by and through their attorney, Jason E. Goldstein, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

It is further stipulated by and between Plaintiffs and Defendants that all parties are to bear their own expenses, costs and attorneys' fees with regard to this action as it relates to Plaintiffs.

IT IS SO STIPULATED.

DATED: July 27, 2021

By: _____
TYRONE J. BLAKE
Plaintiff in Pro Per

DATED: July 27, 2021

By: _____
MELODY KIZLER
Plaintiff in Pro Per

DATED: ~~July~~ Aug 9, 2021

BUCHALTER
A Professional Corporation

By: _____
JASON E. GOLDSTEIN
Attorneys for Defendants
BUDGET FINANCE COMPANY and
BUDGET FUNDING I, LLC